458

The People of the State of Illinois, Plaintiff-Appellee, *v.* Floyd D. Love, Defendant-Appellant.

(No. 57419; 

First District (4th Division)—September 12, 1973.

Opinion by Mr. PRESIDING JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago, (Vincent Gaughan, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Mariann Twist, Assistant State's Attorneys, of counsel,) for the People.